**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter ___11___

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Secured Communications, Inc. | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | FKA  Secured Communications, LLC | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 38-4194284 | |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **401 Port Street**<br>**Savannah, GA 31401**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Chatham**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **http://securedcommunications.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Secured Communications, Inc.**                          Case number *(if known)* _____
     Name

**7.** **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __5415__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor    **Secured Communications, Inc.**
     Name                                                                   Case number (*if known*) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

---

  **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Secured Communications, Inc.**                          Case number (*if known*) _____
          Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Secured Communications, Inc.**            Case number (if known) _____
       Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 1, 2023**
               MM / DD / YYYY

X _____
Signature of authorized representative of debtor

                                              **Damien Fortune**
                                              Printed name

Title    **Chief Financial Officer & Chief Operating Officer**

---

**18. Signature of attorney**

X    /s/ William E. Chipman, Jr.
_____
Signature of attorney for debtor

Date    **August 1, 2023**
            MM / DD / YYYY

**William E. Chipman, Jr.**
Printed name

**Chipman Brown Cicero & Cole, LLP**
Firm name

**Hercules Plaza**
**1313 North Market Street, Suite 5400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 295-0191**      Email address    **chipman@chipmanbrown.com**

**DE 3818**
Bar number and State

**UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF
SECURED COMMUNICATIONS, INC.**

**August 1, 2023**

The undersigned, being all of the members of the Board of Directors (the "Board") of Secured Communications, Inc., a Delaware corporation (the "Company"), acting by written consent pursuant Sections 2(a) and (j) of the Company's By-Laws, do hereby consent to the adoption of the following resolutions:

## Chapter 11 Filing and Retention of Professionals

**WHEREAS**, the Board has considered, among other things, the financial and operational condition of the Company and the Company's business on the date hereof, the assets of the Company, the current and long-term liabilities of the Company, the liquidity situation of the Company, the strategic alternatives available to it, the effect of the foregoing on the Company's business, and the advice of management and the Company's legal advisors.

**WHEREAS**, the Company has had the opportunity to consult with the management and legal advisors of the Company and to fully consider each of the strategic alternatives available to the Company.

**NOW, THEREFORE, BE IT RESOLVED**, that, in the informed business judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other parties in interest that the Company shall be, and hereby is, authorized to file, or cause to be filed, a voluntary petition for relief (the "Chapter 11 Case") under the provisions of title 11 of the United States Code (the "Bankruptcy Code"), including but not limited to under subchapter V thereof, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States.

**FURTHER RESOLVED**, that Norman Willox, the Executive Chairman and Chief Executive Officer of the Company, or such other officer to which such task may be delegated (the "Authorized Person") is hereby authorized and directed to execute and file on behalf of the Company, all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that he deems necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business.

**FURTHER RESOLVED**, that the Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of the Company, to employ the law firm of Baker & Hostetler LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, the Authorized Person is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate

application for authority to retain the services of Baker & Hostetler LLP and Chipman Brown Cicero & Cole, LLP. To the extent such steps have already been taken, they are hereby ratified.

**FURTHER RESOLVED**, that the Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of the Company, to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Person is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

### General

**NOW, THEREFORE, BE IT RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Authorized Person, that the Authorized Person be, and hereby is, authorized and directed to do and perform all such other acts, deeds, and things and to make, negotiate, execute, deliver, and file, or cause to be made, negotiated, executed, delivered, and filed, all such agreements, undertakings, documents, plans, instruments, certificates, registrations, notices, or statements as the Authorized Person may deem necessary or advisable to effectuate or carry out fully the purpose of the foregoing resolutions, and the taking of such actions or the execution of such documents by the Authorized Person shall be conclusive evidence that the Authorized Person deems such action or the execution and delivery of such document to be necessary or advisable and to be conclusive evidence that the same is within the authority conferred by the resolutions herein, and that any and all actions taken heretofore and hereafter to accomplish such purposes, all or singular, be, and they hereby are, approved, ratified and confirmed.

**FURTHER RESOLVED**, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the resolutions herein, as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice.

**FURTHER RESOLVED**, that the Board hereby ratifies and confirms all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified.

*[remainder of page intentionally left blank]*

DocuSign Envelope ID: 7E6B12E8-521D-44C3-BA2F-4BFC54F847D9

**IN WITNESS WHEREOF**, the undersigned Board of Directors have executed this Unanimous Written Consent of the Board of Directors of Secured Communications, Inc. as of August 1, 2023.

Norman Willox

John P. Benson

Peter Ernaut

Mary Beth Borgwing

**IN WITNESS WHEREOF**, the undersigned Board of Directors have executed this Unanimous Written Consent of the Board of Directors of Secured Communications, Inc. as of August 1, 2023.

_____

Norman Willox


_____

John P. Benson


_____

Peter Ernaut

_____

Mary Beth Borgwing

Fill in this information to identify the case:

Debtor name: **Secured Communications, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Compass Point Group, LLC 11330 Golfview Ln North Palm Beach, FL 33408 | | Loan | | | | $725,636.51 |
| R&R Partners Inc. 900 S. Pavilion Center Drive Las Vegas, NV 89144 | R&R Partners Inc. | Professional services | | | | $650,000.00 |
| Robert Wilson 395 Piney Creek Road Reno, NV 89511 | | Unsecured loan and wages | Contingent Unliquidated Disputed Subject to Setoff | | | $567,688.00 |
| The Ernaut Family Trust 16840 Delacroix Reno, NV 89511 | | Loan | | | | $421,013.70 |
| Christopher Jaeb 601 Marguerita Avenue Santa Monica, CA 90402 | Christopher Jaeb | Unsecured convertible note | | | | $404,657.53 |
| John Benson 901 Chahotkin Drive Alexandria, VA 22308 | | Loan | | | | $375,340.16 |
| Ghassan Sinada 1200 Steuart St., Unit 818 Baltimore, MD 21230-5382 | Ghassan Sinada | Unsecured convertible note | | | | $370,821.91 |
| Elmer Reickhoff II 718 Copper Springs Ct. Carson City, NV 89703-5313 | Elmer Reickhoff II | Unsecured convertible note | | | | $225,034.98 |

Debtor  **Secured Communications, Inc.**                    Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John Solari 5310 Kietzke Lane, Suite 101 Reno, NV 89511 | John Solari | Unsecured convertible note | | | | $171,835.62 |
| Thomas Morgan | Thomas Morgan | Unsecured convertible note | | | | $168,246.58 |
| LGV Waves Management LLC 46 Harbor Road Head of Harbor, NY 11780 | LGV Waves Management LLC | Unsecured convertible note | | | | $162,671.23 |
| Opray Capital Group LLC 1508 SE 104th Ct. Vancouver, WA 98664 | Opray Capital Group LLC | Unsecured convertible note | | | | $148,479.46 |
| Sotirios Panageas 126 Silver Spring Road Ridgefield, CT 06877 | | Unsecured convertible note | | | | $142,621.00 |
| Christopher Pace 13210 Fiji Way, Unit C Marina Del Rey, CA 90292 | | Unsecured convertible note | | | | $125,000.00 |
| Robert Bolon 17 Possum Circle Norwalk, CT 06854 | Robert Bolon | Unsecured convertible note | | | | $122,791.53 |
| The Stark Family Trust 671 Brewer Drive Hillsborough, CA 94010 | The Stark Family Trust | Unsecured convertible note | | | | $121,582.19 |
| Gerald Flintoft 528 Palisades Drive, Suite 204 Pacific Palisades, CA 90272 | Gerald Flintoft | Unsecured convertible note | | | | $118,218.95 |
| Kerry St. Pierre 248 Thornwood Road Stamford, CT 06903 | Kerry St. Pierre | Unsecured convertible note | | | | $97,520.55 |
| Nalls Enterprises LLC 1541 Stony Trl. Prosper, TX 75078 | Nalls Enterprises LLC | Unsecured convertible note | | | | $90,123.29 |
| Daniel Lew 6 Coachlamp Ln. Darien, CT 06820 | Daniel Lew | Unsecured convertible note | | | | $77,849.31 |

**Fill in this information to identify the case:**

Debtor name   **Secured Communications, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 1, 2023**          X _____
                                              Signature of individual signing on behalf of debtor

                                              **Damien Fortune**
                                              Printed name

                                              **Chief Financial Officer & Chief Operating Officer**
                                              Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

## United States Bankruptcy Court
### District of Delaware

In re  Secured Communications, Inc.

Debtor(s)

Case No.

Chapter  11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Anthony Hurtado<br>6324 Courtland Drive<br>Plano, TX 75093 | Preferred | 363 | |
| Anthony Hurtado<br>6324 Courtland Drive<br>Plano, TX 75093 | Common | 884 | |
| Bluewater International<br>8000 Towers Crescent Drive, Suite 1525<br>Vienna, VA 22182 | Common | 22937 | |
| Bradley Schiller<br>P.O. Box 1831<br>Zephyr Cove, NV 89448 | Preferred | 2254 | |
| Capital Factory<br>701 Brazos St.<br>Austin, TX 78701 | Common | 591 | |
| Christopher Jennings | Preferred | 231 | |
| Christopher Perry | Common | 2455 | |
| Compass Point Group, LLC<br>11330 Golfview Ln<br>North Palm Beach, FL 33408 | Common | 14524 | |
| Craig Loucks<br>6183 Massive Peak Circle<br>Castle Rock, CO 80108 | Preferred | 1307 | |
| Daniel Lew<br>6 Coachlamp Ln.<br>Darien, CT 06820 | Preferred | 579 | |
| Dylan Knight<br>414 State St., Apt. 2<br>Erie, PA 16501 | Common | 13247 | |
| Edward & Christina Gibson Revocab. Trust | Preferred | 617 | |

Sheet 1 of 4 in List of Equity Security Holders

In re:   **Secured Communications, Inc.**

_____
Debtor(s)

Case No. _____

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ernaut Family Trust<br>16840 Delacroix<br>Reno, NV 89511 | Preferred | 4963 | |
| Ernaut Family Trust<br>16840 Delacroix<br>Reno, NV 89511 | Common | 6448 | |
| George Dennis<br>302 11th Street<br>Manhattan Beach, CA 90266 | Preferred | 1083 | |
| Jeff Kirby<br>P.O. Box 70458<br>Reno, NV 89570 | Preferred | 3892 | |
| Jeffrey Moy<br>33 Ledgewood Drive<br>Cohasset, MA 02025 | Preferred | 270 | |
| John Benson<br>901 Chahotkin Drive<br>Alexandria, VA 22308 | Preferred | 6199 | |
| John Benson<br>901 Chahotkin Drive<br>Alexandria, VA 22308 | Common | 14524 | |
| John Parkinson<br>143 Scholes Lane<br>Scholes Cleckheaton<br>West Yorkshire BD19 6LY United Kingdom | Common | 22301 | |
| Kerry St. Pierre<br>248 Thornwood Road<br>Stamford, CT 06903 | Preferred | 858 | |
| Kyle Bebee<br>272 Sleepy Horse Lane<br>Kalispell, MT 59901 | Common | 884 | |
| Larry Ruvo | Preferred | 1136 | |
| Matthew McCloskey<br>215 Valleyview Road<br>Fairfield, CT 06824 | Preferred | 573 | |

List of equity security holders consists of 4 total page(s)

In re:  **Secured Communications, Inc.**                                    Case No. _____

_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael Cerasoli**<br>**20 Coutnry Road**<br>**Mamaroneck, NY 10543** | **Preferred** | **496** | |
| **Michael Dermody**<br>**c/o John B. Thayer**<br>**4795 Caughlin Parkway, Suite 100**<br>**Reno, NV 89519** | **Preferred** | **2214** | |
| **Michael Haley**<br>**45 Rimfire Circle**<br>**Reno, NV 89519** | **Common** | **2455** | |
| **Michael Weinz**<br>**1321 El Camino Real Unit 5**<br>**Burlingame, CA 94010** | **Preferred** | **268** | |
| **Norman Willox**<br>**c/o Compass Point Group, LLC**<br>**11330 Golfview Ln**<br>**North Palm Beach, FL 33408** | **Preferred** | **11674** | |
| **Perry DiLorento**<br>**985 Damonte Ranch Pkwy #310**<br>**Reno, NV 89521** | **Preferred** | **5226** | |
| **Peter Ernaut**<br>**16840 Delacroix**<br>**Reno, NV 89511** | **Common** | **11576** | |
| **Robert Greenhow**<br>**6173 Massive Peak Cir.**<br>**Castle Rock, CO 80108** | **Preferred** | **1296** | |
| **Robert Wilson**<br>**395 Piney Creek Road**<br>**Reno, NV 89511** | **Preferred** | **14294** | |
| **Sam Kamel**<br>**22 Marisol**<br>**Newport Coast, CA 92657** | **Common** | **1179** | |
| **Scott Christy**<br>**1000 Kiley Parkway**<br>**Sparks, NV 89436** | **Preferred** | **1480** | |

List of equity security holders consists of 4 total page(s)

In re:  **Secured Communications, Inc.**        Case No. _____

                                                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Scott Larabee**<br>**P.O. Box 325**<br>**Durham, CA 95938** | **Preferred** | **1890** | |
| **Sonny Newman**<br>**4785 Caughlin Parkway**<br>**Reno, NV 89519** | **Preferred** | **2930** | |
| **Steven Polikalas**<br>**4790 Caughlin Pkwy Pmb 370**<br>**Reno, NV 89519** | **Preferred** | **462** | |
| **Tom Patterson**<br>**5325 Dorwin Lane**<br>**Santa Barbara, CA 93111** | **Common** | **11698** | |
| **William Janci**<br>**1017 Hidden Branches Court**<br>**Atlanta, GA 30338** | **Preferred** | **2301** | |
| **William LaRue**<br>**1002 Cimarron Hills Trl W**<br>**Georgetown, TX 78628** | **Preferred** | **728** | |
| **Zac Swartout**<br>**4153 Pandora St.**<br>**Burnaby, BC V5C 2B2 Canada** | **Preferred** | **465** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer & Chief Operating Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 1, 2023**            Signature _____

                                                **Damien Fortune**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 4 total page(s)

## United States Bankruptcy Court
### District of Delaware

In re   **Secured Communications, Inc.**                               Case No.

                                              Debtor(s)                Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS
## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer & Chief Operating Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 1, 2023**                          Signature

                                                   Damien Fortune

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### District of Delaware

In re   **Secured Communications, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Secured Communications, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

FJP Holdings LLC

**August 1, 2023**

Date

**Damien Fortune, CFO & COO**

Signature of Attorney or Litigant

Counsel for _____

SECURED COMMUNICATIONS, INC
401 PORT STREET
SAVANNAH, GA 31401

AMAZON WEB SERVICES (AWS)
410 TERRY AVENUE NORTH
SEATTLE, WA 98109-5210

ANCHIN, BLOCK & ANCHIN
1375 BROADWAY
NEW YORK, NY 10018

ANGLO AMERICAN TECHNICAL & .
17 CHARTERHOUSE STREET
LONDON, ENGLAND,
UNITED KINGDOM

ANTHONY HURTADO
6324 COURTLAND DRIVE
PLANO, TX 75093

ANTHONY HURTADO
6324 COURTLAND DRIVE
PLANO, TX 75093

ARGUS HOLDINGS LLC
8600 TECHNOLOGY WAY
RENO, NV 89521

ARIZONA DEPARTMENT OF PUBLI(
2222 W ENCANTO BLVD
PHOENIX, AZ 85009

BILL YOUNG
4894 W. LONE MOUNTAIN RD.
LAS VEGAS, NV 89130

BLUEWATER INTERNATIONAL
8000 TOWERS CRESCENT DRIVE,
VIENNA, VA 22182

BRADLEY SCHILLER
PO BOX 1831
ZEPHYR COVE, NV 89448

BRUCE LAZARUS
3150 S. NELLIS BLVD #202
LAS VEGAS, NV 89121

CAPITAL FACTORY
701 BRAZOS ST.
AUSTIN, TX 78701

CHERYL MISZKIEL
4637 ROSE DRIVE
OCEANSIDE, CA 92056

CHRISTOPHER DIANDA
1050 S. 21ST STREET
SPARKS, NV 89431

CHRISTOPHER JAEB
601 MARGUERITA AVENUE
SANTA MONICA, CA 90402

CHRISTOPHER JENNINGS
154 SOUTH LAYTON DRIVE
LOS ANGELES, CA 90049

CHRISTOPHER PACE
13210 FIJI WAY, UNIT C
MARINA DEL REY, CA 90292

CHRISTOPHER PERRY
NO ADDRESS AT FILING
,

COALFIRE SYSTEMS, INC.
8480 E ORCHARD ROAD, SUITE :
GREENWOOD VILLAGE, CO 80111

CODERO
3005 S LAMAR BLVD, SUITE D-
AUSTIN, TX 78704

COMPASS POINT GROUP, LLC
11330 GOLFVIEW LN
NORTH PALM BEACH, FL 33408

COMPASS POINT GROUP, LLC
7306 SAWGRASS POINT DRIVE
PINELLAS PARK, FL 33782

COULSON AND ASSOCIATES LTD
6170 RIDGEVIEW CT
RENO, NV 89519

CRAIG LOUCKS
6183 MASSIVE PEAK CIRCLE
CASTLE ROCK, CO 80108

DAMIEN FORTUNE
401 PORT ST.
SAVANNAH, GA 31041

DAN DUNDAS
21804 S. 230TH STS
QUEEN CREEK, AZ 85142

DANIEL LEW
6 COACHLAMP LN.
DARIEN, CT 06820

DATADOG
620 8TH AVE 45TH FLOOR
NEW YORK, NY 10018

DAVID CORDERMAN
701-A CAROLINE STREET
FREDERICKSBURG, VA 22401

DAVID FRITSCHE
635 UBALDO CT
RENO, NV 89521

DAVID MARTIN
30 CHURCH ROAD, BIGGIN HILL
KENT,  TN16 3LD
UNITED KINGDOM

DELAWARE DIVISION OF REVENU!
ATTN: MS #25; KEVIN T. MURPH
P.O. BOX 8763
WILMINGTON, DE 19899

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101

DYLAN KNIGHT
414 STATE ST., APT. 2
ERIE, PA 16501

EDWARD & CHRISTINA GIBSON R!
EDWARD & CRISTINA GIBSON
338 BAYBERRY LANE
REEDVILLE, VA 22539

ELMER REICKHOFF II
718 COPPER SPRINGS CT
CARSON CITY, NV 89703-5313

ERNAUT FAMILY TRUST
16840 DELACROIX
RENO, NV 89511

EZE CASTLE SOFTWARE LLC
50 MILK ST., FL 7
BOSTON, MA 02108

EZE CASTLE SOFTWARE LLC
SS&C EZE
622 THIRD AVE., 10TH FLOOR
NEW YORK, NY 10017

FAROOQ OMER
1335 HIGHLAND AVENUE, APT.
DUARTE, CA 91010-3814

GARY KEARNS
75 NISSEN ROAD, APT. 2
SALINAS, CA 93901

GEORGE DENNIS
302 11TH STREET
MANHATTAN BEACH, CA 90266

GERALD FLINTOFT
528 PALISADES DRIVE, SUITE
PACIFIC PALISADES, CA 90272

GHASSAN SINADA
1200 STEUART ST., UNIT 818
BALTIMORE, MD 21230-5382

HALBERT WASHBURN
14215 W SUNSET BLVD
PACIFIC PALISADES, CA 90272

IDEALS SOLUTIONS GROUP, INC
ALBERT BUILDINGS
49 QUEEN VICTORIA STREET
LONDON, ENGLAND,  EC4N 4SA
UNITED KINGDOM

INTERNAL REVENUE SERVICE
844 KING ST
WILMINGTON, DE 19801

JAMES SEBOCK
1240 ARKANSAS ST.
VALLEJO, CA 94590

JANET COONRAD
1110 DENVER STREET
WICHITA FALLS, TX 76301

JEFF KIRBY
1 E. LIBERTY ST., SUITE 101
RENO, NV 89501

JEFF KIRBY
P.O. BOX 70458
RENO, NV 89570

JEFFREY MOY
33 LEDGEWOOD DRIVE
COHASSET, MA 02025

JOHN BENSON
901 CHAHOTKIN DRIVE
ALEXANDRIA, VA 22308

JOHN PARKINSON
143 SCHOLES LANE
SCHOLES CLECKHEATON
WEST YORKSHIRE BD19,  BD19
UNITED KINGDOM

JOHN RYAN
54 WALDO STREET
COPIAGUE, NY 11726

JOHN SOLARI
5310 KIETZKE LANE, SUITE 10
RENO, NV 89511

KELI WILSON
395 PINEY CREEK ROAD
RENO, NV 89511

KERRY ST. PIERRE
248 THORNWOOD ROAD
STAMFORD, CT 06903

KYLE BEBEE
272 SLEEPY HORSE LANE
KALISPELL, MT 59901

LARRY PLOTKIN
7522 WHITLOCK AVENUE
PLAYA DEL REY, CA 90293

LARRY RUVO
NO ADDRESS AT FILING
,

LAS VEGAS METROPOLITAN POLI
400 S MARTIN L KING BLVD
LAS VEGAS, NV 89106

LGV WAVES MANAGEMENT LLC
46 HARBOR ROAD
HEAD OF HARBOR, NY 11780

LINCT
701A CAROLINE STREET
FREDERICKSBURG, VA 22401

LINDA ZANIBONI
66 HATHERLY RISE
PLYMOUTH, MA 02360

LOUIS UCCIFERRI
4913 BATEMAN ROAD
KELLER, TX 76244

LP INSURANCE SERVICES, LLC
ATTN: MORGAN MAJEWSKI
2111 E. HIGHLAND AVE., SUIT
PHOENIX, AZ 85016

MARK GRONET
4600 FLAMELEAF SUMAC DR
AUSTIN, TX 78738

MARK MARSHALL
1515 ROLLING HILLS DRIVE
CARSON CITY, NV 89706

MARY BETH BORGWING
6029 ORRIS STREET
MCLEAN, VA 22101

MATTHEW MCCLOSKEY
215 VALLEYVIEW ROAD
FAIRFIELD, CT 06824

MATTHEW MCCLOSKEY
76 MCNEIL TERRACE
STRATFORD, CT 06614

MAUREEN GERAGHTY
21 SCOTT STREET
NORWALK, CT 06851

MELANIE HILL
NO ADDRESS AT FILING
,

MICHAEL CERASOLI
20 COUTNRY ROAD
MAMARONECK, NY 10543

MICHAEL CLEARY
2521 SWANHURST DRIVE
MIDLOTHIAN, VA 23113

MICHAEL DERMODY
C/O JOHN B THAYER
4795 CAUGHLIN PARKWAY, SUIT
RENO, NV 89519

MICHAEL DOYLE
2804 ADELINE DRIVE
BURLINGAME, CA 94010

MICHAEL FERRENCE
NO ADDRESS AT FILING
,

MICHAEL HALEY
45 RIMFIRE CIRCLE
RENO, NV 89519

MICHAEL WEINZ
1321 EL CAMINO REAL UNIT 5
BURLINGAME, CA 94010

MICHELLE ZANIBONI
1818 SKIDAWAY ROAD
SAVANNAH, GA 31404

MICROSOFT
1 MICROSOFT WAY
REDMOND, WA 98052

MONDAY.COM
6 YITZHAK SADEH ST
TEL AVIV,  6777506
ISRAEL

MONGODB
1633 BROADWAY 38TH FLOOR
NEW YORK, NY 10019

NALLS ENTERPRISES LLC
1541 STONY TRL
PROSPER, TX 75078

NEVADA DEPARTMENT OF TAXATI
4600 KIETZKE LANE
BUILDING L, SUITE 235
RENO, NV 89502

NICHOLAS FERRIS
1967 ALDER CREEK LOOP RD.
SAINT MARIES, ID 83861

NICHOLAS KALDAS
NO ADDRESS AT FILING
,

NORMAN WILLOX
C/O COMPASS POINT GROUP, LL
11330 GOLFVIEW LN
NORTH PALM BEACH, FL 33408

NPM  (NODE PACKAGE MANAGER)
NO ADDRESS AT FILING
,

ONE LIBERTY C2K LLC
C/O NEVADA COMMERCIAL SERVI
1475 TERMINAL WAY, SUITE A
RENO, NV 89502

ONE LIBERTY C2K LLC
ONE LIBERTY C2K
ATTN: JEFF KIRBY
1 E LIBERTY, SUITE 101
RENO, NV 89501

OPRAY CAPITAL GROUP LLC
1508 SE 104TH CT
VANCOUVER, WA 98664

PATRICIA TAYLOR
840 ISIS CT.
RENO, NV 89512

PERKINS COIE LLP
700 13TH ST. NW
WASHINGTON, DC 20005

PERRY DILORENTO
985 DAMONTE RANCH PKWY #310
RENO, NV 89521

PETER ERNAUT
16840 DELACROIX
RENO, NV 89511

R&R PARTNERS INC.
900 S PAVILION CENTER DRIVE
LAS VEGAS, NV 89144

RACHEL SMITH
7 INDUSTRIAL STREET, SCHOLE
CLECKHEATON,  BD19 6NU
UNITED KINGDOM

RAPIDSOFT TECHNOLOGIES (IND
PLOT 182
UDYOG VIHAR, PHASE 5
GURGAON,  122016
INDIA

RAPIDSOFT TECHNOLOGIES
3705 74TH ST
JACKSON HEIGHTS, NY 11312

REDOXYGEN
95 3RD STREET
SAN FRANCISCO, CA 94103

RHODELYN GALERA
8000 OFFENHAUSER DRIVE
APARTMENT 15E
RENO, NV 89511

RHODELYN GALERA
9725 RIPPLE WAY
RRENO, NV 89521

RICHARD GARRETSON
1960 QUAIL RUN RD.
RENO, NV 89523

ROBERT BOLON
17 POSSUM CIRCLE
NORWALK, CT 06854

ROBERT GREENHOW
6173 MASSIVE PEAK CIR.
CASTLE ROCK, CO 80108

ROBERT WILSON
395 PINEY CREEK ROAD
RENO, NV 89511

ROBERT WILSON
395 PINEY CREEK ROAD
RENO, NV 89511

ROBERT WILSON
ONE EAST LIBERTY STREET
SUITE 511
RENO, NV 89501

RONALD SIMPSON
6959 SACRED CIR.
SPARKS, NV 89436

SAM KAMEL
22 MARISOL
NEWPORT COAST, CA 92657

SBIR ADVISORS INC.
305 WILD TURKEY BLVD
BOERNE, TX 78006

SCOTT CHRISTY
1000 KILEY PARKWAY
SPARKS, NV 89436

SCOTT LARABEE
PO BOX 325
DURHAM, CA 95938

SHI INTERNATIONAL CORP
290 DAVISON AVE.
SOMERSET, NJ 08873

SKETCH
C/O CRAFT
2055 LOMBARD ST
SAN FRANCISCO, CA 94123

SKETCH
EINDHOVEN, FLIGHT FORUM 40,
EINDHOVEN,   5657 DB
NETHERLANDS

SMALLHOUSE LAW GROUP
10775 DOUBLE R BLVD
RENO, NV 89521

SOLOMON TECHNOLOGIES
395 PINEY CREEK ROAD
RENO, NV 89511

SONNY NEWMAN
4785 CAUGHLIN PARKWAY
RENO, NV 89519

SOTIRIOS PANAGEAS
126 SILVER SPRING ROAD
RIDGEFIELD, CT 06877

STEVEN POLIKALAS
4790 CAUGHLIN PKWY PMB 370
RENO, NV 89519

THE ERNAUT FAMILY TRUST
16840 DELACROIX
RENO, NV 89511

THE HARTFORD
690 ASYLUM AVENUE
HARTFORD, CT 06106

THE STARK FAMILY TRUST
671 BREWER DRIVE
HILLSBOROUGH, CA 94010

THEDORE LAUFIK
21452 ROYALTON RD
STRONGSVILLE, OH 44149

THOMAS FLINTOFT
6373 W 84TH PL
LOS ANGELES, CA 90045

THOMAS GROGAN
4485 BELMONT WAY
CASTRO VALLEY, CA 94546

THOMAS MORGAN
NO ADDRESS AT FILING
,

TOM PATTERSON
5325 DORWIN LANE
SANTA BARBARA, CA 93111

TRUIST BANK
214 N. TRYON ST.
CHARLOTTE, NC 28202

VONAGE
BELL LABORATORIES RD
HOLMDEL, NJ 7733

WASHOE COUNTY SHERIFF`S OF
911 E PARR BLVD , #B
RENO, NV 89512

WILLIAM JANCI
1017 HIDDEN BRANCHES COURT
ATLANTA, GA 30338

WILLIAM LARUE
1002 CIMARRON HILLS TRL W
GEORGETOWN, TX 78628

ZAC SWARTOUT
4153 PANDORA ST.
BURNABY, BC V5C 2B2
CANADA

#OF RECORDS: 139

**United States Bankruptcy Court**
**District of Delaware**

In re   **Secured Communications, Inc.**                         Case No. _____

                                              Debtor(s)           Chapter    **11**  _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer & Chief Operating Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 1, 2023**   _____                         _____

                                                   **Damien Fortune/Chief Financial Officer & Chief Operating Officer**
                                                     Signer/Title

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| SECURED COMMUNICATIONS, INC.,[1] | Case No.: 23-_____ |
| Debtor. | |

### DECLARATION OF DAMIEN FORTUNE PURSUANT TO 11 U.S.C. § 1116(1)

I, Damien Fortune, hereby declare as follows:

1.      I am the Chief Financial Officer and Chief Operating Officer of Secured Communications, Inc. (the "Debtor").

2.      As the Debtor's CFO and COO, I am generally familiar with the Debtor's business, day-to-day operations, financial affairs, and books and records. Except as otherwise indicated, the statements set forth in this declaration are based upon my personal knowledge of the Debtor's operations, information learned from my review of relevant documents, information supplied to me by the Debtor's advisors, or my own opinion based on my knowledge, experience, and information concerning the Debtor's operations and financial condition. I am authorized to submit this declaration on behalf of the Debtor. If called to testify, I could and would testify competently to the matters set forth in this declaration.

3.      Pursuant to 11 U.S.C. § 1116(1), I am aware the Debtor is required to either: (1) append to its bankruptcy petition (the "Bankruptcy Petition") its most recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return; or (2) provide a

---

[1] The last four digits of the Debtor's federal taxpayer identification number are (4284). The current notice address for the Debtor is Secured Communications, Inc., 401 Port Street, Savannah, GA 31401.

00054923.1

statement that no such balance sheet, statement of operations, cash flow statement, and Federal income tax return exists.

4.      Appended to the Bankruptcy Petition are the Debtor's most recent: (1) balance sheet; (2) statement of operations; and (3) cash flow statement.

5.      The Debtor has timely filed for an extension to file its 2022 tax return. That extension is also attached to the Bankruptcy Petition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 1, 2023                                  _/s/ Damien Fortune_____
                                                        Damien Fortune

# EXTENSION FILING INSTRUCTIONS
FORM 7004

## FOR THE YEAR ENDING
DECEMBER 31, 2022

---

**PREPARED FOR:**

SECURED COMMUNICATIONS, INC.
1 E LIBERTY ST. STE 511
RENO, NV  89501

---

**PREPARED BY:**

ANCHIN, BLOCK & ANCHIN LLP
1375 BROADWAY
NEW YORK, NY 10018-7001

---

**AMOUNT DUE WITH EXTENSION:**

NO PAYMENT IS REQUIRED.

---

**MAKE CHECK PAYABLE TO:**

NOT APPLICABLE

---

**MAIL EXTENSION TO:**

FORM 7004 HAS BEEN FILED ELECTRONICALLY. THIS EXTENDS THE FILING
DATE OF THE RETURN UNTIL OCTOBER 16, 2023.

---

**EXTENSION MUST BE MAILED ON OR BEFORE:**

NOT APPLICABLE

---

**SPECIAL INSTRUCTIONS:**

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to www.irs.gov/Form7004 for instructions and the latest information.

OMB No. 1545-0233

| Print or Type | Name | Identifying number |
|---|---|---|
| | SECURED COMMUNICATIONS, INC. | 38-4194284 |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) | |
| | 1 E LIBERTY ST. STE 511 | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) | |
| | RENO, NV 89501 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I  Automatic Extension for Certain Business Income Tax, Information, and Other Returns.  See instructions.

1  Enter the form code for the return listed below that this application is for ........................................ | **12** |

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II  All Filers Must Complete This Part

2  If the organization is a foreign corporation that does not have an office or place of business in the United States,
   check here .................................................................................................................................... ▶ ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return,
   check here .................................................................................................................................... ▶ ☐
   If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member
   covered by this application.

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ................... ▶ ☐

5a  The application is for calendar year 2022 , or tax year beginning _____ , and ending _____

  b  **Short tax year.** If this tax year is less than 12 months, check the reason:  ☐ Initial return   ☐ Final return
     ☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions - attach explanation.)

| 6 | Tentative total tax | 6 | 0. |
|---|---|---|---|
| 7 | **Total** payments and credits. See instructions | 7 | 0. |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions | 8 | 0. |

LHA  **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

Form **7004** (Rev. 12-2018)

219741 04-01-22

# EXTENSION FILING INSTRUCTIONS
GEORGIA FORM IT-303

## FOR THE YEAR ENDING
DECEMBER 31, 2022

---

**PREPARED FOR:**

SECURED COMMUNICATIONS, INC.
1 E LIBERTY ST. STE 511
RENO, NV  89501

---

**PREPARED BY:**

ANCHIN, BLOCK & ANCHIN LLP
1375 BROADWAY
NEW YORK, NY 10018-7001

---

**AMOUNT DUE WITH EXTENSION:**

NO PAYMENT IS REQUIRED.

---

**MAKE CHECK PAYABLE TO:**

NOT APPLICABLE

---

**MAIL EXTENSION TO:**

GEORGIA DEPARTMENT OF REVENUE
PROCESSING CENTER
P.O. BOX 740320
ATLANTA, GA  30374-0320

---

**EXTENSION MUST BE MAILED ON OR BEFORE:**

APRIL 18, 2023

---

**SPECIAL INSTRUCTIONS:**

THE FILING DUE DATE OF THE RETURN HAS BEEN EXTENDED UNTIL OCTOBER 16, 2023.

THE EXTENSION SHOULD BE SIGNED AND DATED.

Form **IT-303** (Rev. 07/23/20)



2130315014

**MAIL TO:**
Georgia Department of Revenue
Processing Center
PO Box 740320
Atlanta, GA 30374-0320

Georgia Department of Revenue
## APPLICATION FOR EXTENSION OF TIME
## FOR FILING STATE INCOME TAX RETURNS

### IMPORTANT! ACCEPTANCE OF FEDERAL EXTENSIONS

A FEDERAL EXTENSION WILL BE ACCEPTED AS A GEORGIA EXTENSION IF: (1) THE RETURN IS RECEIVED WITHIN THE TIME AS EXTENDED BY THE INTERNAL REVENUE SERVICE, AND (2) A COPY OF THE FEDERAL EXTENSION(S) IS ATTACHED TO THE RETURN WHEN FILED. **NOTE: THERE IS NO EXTENSION FOR PAYMENT OF TAX. INCOME TAX OR CORPORATE NET WORTH TAX MUST BE PAID BY THE PRESCRIBED DUE DATE TO AVOID THE ASSESSMENT OF LATE PAYMENT PENALTIES AND INTEREST.**

### THIS IS NOT A PAYMENT FORM! REMIT PAYMENT ON FORM IT-560 OR IT-560C.

**COMPLETE THIS FORM IN TRIPLICATE. MAIL THE ORIGINAL PRIOR TO THE RETURN DUE DATE AND KEEP 2 COPIES. ATTACH ONE COPY TO RETURN WHEN FILED AND RETAIN ONE COPY FOR YOUR RECORDS.** WE WILL NOTIFY YOU ONLY IF YOUR EXTENSION REQUEST IS DENIED.

**SECTION 1**

| NAME | | SOCIAL SECURITY NO. OR FEIN |
|---|---|---|
| SECURED COMMUNICATIONS, INC. | | 38-4194284 |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1 E LIBERTY ST. STE 511 | RENO | NV | 89501 |

NAME OF TAXPAYER FOR WHOM EXTENSION IS FILED, IF DIFFERENT FROM ABOVE

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**SECTION 2**

APPLICATION IS HEREBY MADE FOR AN EXTENSION OF TIME FOR THE FOLLOWING STATE TAX RETURN:

1. Type of return (check proper type):

| | 2. For Period Ending: | 3. Extension Requested To: |
|---|---|---|
| ☐ Individual--Form 500 | | |
| ☐ Partnership--Form 700 | | |
| ☐ Fiduciary--Form 501 (5 1/2 months only) | | |
| ☒ Corporate Income Tax | 12/31/22 | 10/16/23 |
| ☒ Net Worth Tax (For Period Beginning) 01/01/23 | | |
| ☐ Other | | |

NOTE: Except as noted above, extensions are limited by law to six (6) months, please see line 6 of instructions.

**SECTION 3**

REASON FOR EXTENSION:

I AFFIRM THAT THE ABOVE INFORMATION IS, TO THE BEST OF MY KNOWLEDGE AND BELIEF, TRUE AND ACCURATE. THIS AFFIRMATION IS MADE UNDER THE PENALTIES PRESCRIBED BY LAW.

| 04/11/23 | ADAM PIZZO |
|---|---|
| DATE | SIGNATURE OF TAXPAYER OR AUTHORIZED AGENT |

245231 04-01-22
CCH

| | IF SIGNED BY AGENT, AGENT'S FIRM OR TRADE NAME |
|---|---|
| | 02        150   2022 |

16140411 757753 CAS04802              2022.03030 SECURED COMMUNICATIONS, I CAS04801

SECURED COMMUNICATIONS, INC.                                    38-4194284

# APPLICATION FOR EXTENSION OF TIME
# FOR FILING STATE INCOME TAX RETURNS

### INSTRUCTIONS

1) Extensions of time for filing returns may be granted in cases of sickness, absence, or other disability or whenever reasonable cause exists.

2) This form must be completed in triplicate. Mail the original form prior to the return due date to:
   Georgia Department of Revenue, Processing Center, P.O. Box 740320, Atlanta, GA 30374-0320.

3) **One copy of the extension must be attached to the completed return when filed.** Retain the other copy for your records.

4) Separate applications for extension must be submitted for husband and wife if separate returns are filed.

5) An extension request will not be accepted by telephone. Lists are not acceptable. Application must be made on this form, unless a copy of an approved federal extension is attached to your Georgia return when filed. If applicable, explain why it was not necessary to request a federal filing extension.

6) Additional time to file, within the six month limit, will require the submission of a new form along with a copy of the first extension request. **For tax years beginning on or after January 1, 2016, a fiduciary will only be granted an extension up to 5 and one-half months.**

7) Corporations filing consolidated returns must file a separate application for extension for filing Net Worth Tax for each subsidiary. Corporations not filing consolidated returns may request an extension for filing income tax and net worth tax returns on one form.

8) Interest accruing for months beginning before July 1, 2016 accrues at the rate of 12 percent annually. Interest that accrues for months beginning on or after July 1, 2016 accrues as provided by Georgia Code Sections 48-7-81 and 48-13-79.

9) Late filing penalty on returns filed after the due date prescribed by law will be assessed at a rate of 5% per month computed on the tax not paid by the original due date. Late payment penalty will be assessed at a rate of 1/2 of 1% per month if tax due on the return is not paid by the date prescribed by law. Late payment penalty accrues regardless of an approved extension request. Individuals and fiduciaries should remit payment due on Form IT-560. Corporations should remit payment on Form IT-560 C. Composite tax should be remitted on Form IT-560C. Late filing and late payment penalties together cannot exceed 25%.

**NOTE: Remitting payment with Form IT-560 or IT-560C will not extend the due date for filing your return.** For filing a Net Worth Tax Return after the date prescribed by law, there shall be assessed a penalty amounting to 10% of the tax shown to be due. For failure to pay tax within the time prescribed by law, there shall be due an additional penalty amounting to 10% of the tax shown to be due.

245232 04-01-22

# Secured Communications, Inc.

## Balance Sheet

As of April 30, 2023

| | TOTAL | |
| --- | --- | --- |
| | AS OF APR 30, 2023 | AS OF DEC 30, 2022 (PP) |
| **ASSETS** | | |
| Current Assets | | |
| Bank Accounts | | |
| 100 Cash - Wells Fargo | 5,086.38 | 3,065.13 |
| 1072 Bill.com Money Out Clearing | 0.00 | 0.00 |
| **Total Bank Accounts** | **$5,086.38** | **$3,065.13** |
| Accounts Receivable | | |
| 130 Accounts Receivable | 19,027.00 | 16,327.00 |
| **Total Accounts Receivable** | **$19,027.00** | **$16,327.00** |
| Other Current Assets | | |
| 132 A/R Litigation Receivable | 62,500.00 | 62,500.00 |
| 135 Prepaid Expenses | 5,000.00 | 10,000.00 |
| 149 Employee Advance | 0.00 | 0.00 |
| 150 Payments to deposit | 0.00 | 0.00 |
| Credit Card Receivables | 0.00 | 100.00 |
| **Total Other Current Assets** | **$67,500.00** | **$72,600.00** |
| **Total Current Assets** | **$91,613.38** | **$91,992.13** |
| Fixed Assets | | |
| 200 Intellectual Property/Product Dev | 350,000.00 | 2,837,329.00 |
| 206 Brand Development | 0.00 | 650,000.00 |
| 207 Trademark | 0.00 | 97,010.00 |
| 210 Equipment | 0.00 | 17,345.00 |
| 220 Goodwill | 0.00 | 3,703,004.00 |
| **Total Fixed Assets** | **$350,000.00** | **$7,304,688.00** |
| Other Assets | | |
| 290 Investment in Secured Communications (UK) Ltd | 360,241.31 | 344,983.87 |
| Due to/from New Chip | 17,500.00 | |
| **Total Other Assets** | **$377,741.31** | **$344,983.87** |
| **TOTAL ASSETS** | **$819,354.69** | **$7,741,664.00** |

These financial statements have not been subjected to and audit or review or compilation engagement, and no
assurance is provided on them. Substantially all disclosures have been omitted.

# Secured Communications, Inc.

## Balance Sheet

As of April 30, 2023

| | TOTAL | |
|---|---|---|
| | AS OF APR 30, 2023 | AS OF DEC 30, 2022 (PP) |
| LIABILITIES AND EQUITY | | |
| Liabilities | | |
| Current Liabilities | | |
| Accounts Payable | | |
| 300 Accounts Payable (A/P) | 261,252.55 | 230,394.89 |
| **Total Accounts Payable** | **$261,252.55** | **$230,394.89** |
| Credit Cards | | |
| 307 Credit Card | 0.00 | 0.00 |
| Credit Card (9431) | 14,371.39 | 14,721.32 |
| **Total Credit Cards** | **$14,371.39** | **$14,721.32** |
| Other Current Liabilities | | |
| 303 Convertible Notes - Current | 0.00 | 0.00 |
| 303.1 Accrued Interest - Current | 40,833.31 | 11,666.66 |
| **Total 303 Convertible Notes - Current** | **40,833.31** | **11,666.66** |
| 352 Accrued Payroll | 157,945.97 | 217,500.00 |
| 355 Deferred Revenue | 28,000.00 | |
| **Total Other Current Liabilities** | **$226,779.28** | **$229,166.66** |
| **Total Current Liabilities** | **$502,403.22** | **$474,282.87** |
| Long-Term Liabilities | | |
| 305 Shareholder Loan - Wilson | 63,000.00 | 63,000.00 |
| 306 Line of Credit - Wilson | 0.00 | 324,688.00 |
| 308 Brand Development Fees Payable | 0.00 | 650,000.00 |
| 320 Convertible Notes | 1,373,962.10 | 7,134,962.10 |
| 320.1 Accrued Interest | 854,763.27 | 2,528,946.28 |
| **Total 320 Convertible Notes** | **2,228,725.37** | **9,663,908.38** |
| **Total Long-Term Liabilities** | **$2,291,725.37** | **$10,701,596.38** |
| **Total Liabilities** | **$2,794,128.59** | **$11,175,879.25** |
| Equity | | |
| Common stock | 429,600.00 | 429,600.00 |
| Retained Earnings | -2,054,984.60 | -211,306.81 |
| Net Income | -349,389.30 | -3,652,508.44 |
| **Total Equity** | **$ -1,974,773.90** | **$ -3,434,215.25** |
| **TOTAL LIABILITIES AND EQUITY** | **$819,354.69** | **$7,741,664.00** |

These financial statements have not been subjected to and audit or review or compilation engagement, and no assurance is provided on them. Substantially all disclosures have been omitted.

# Secured Communications, Inc.

## Profit and Loss

### January - April, 2023

| | JAN 2023 | FEB 2023 | MAR 2023 | APR 2023 | TOTAL |
|---|---|---|---|---|---|
| Income | | | | | |
| 653 Mercury | 5,000.00 | 4,900.00 | 4,900.00 | 4,900.00 | $19,700.00 |
| **Total Income** | **$5,000.00** | **$4,900.00** | **$4,900.00** | **$4,900.00** | **$19,700.00** |
| GROSS PROFIT | **$5,000.00** | **$4,900.00** | **$4,900.00** | **$4,900.00** | **$19,700.00** |
| Expenses | | | | | |
| 801 Advertising & marketing | | | | 378.00 | $378.00 |
| 805 Bank Charges | 65.00 | 30.00 | 12.96 | 75.00 | $182.96 |
| 818 Consulting | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | $4,000.00 |
| 831 Insurance | 6,244.22 | 1,945.62 | 1,484.22 | 2,496.42 | $12,170.48 |
| 840 Interest | 225.76 | 199.48 | 218.52 | 213.31 | $857.07 |
| 845 Hosting | 4,103.37 | 3,807.96 | 4,094.54 | 9,753.06 | $21,758.93 |
| 848 Legal & Professional Fees | 23,163.75 | 18,088.75 | 10,863.29 | 10,250.00 | $62,365.79 |
| 850 Meals and Entertainment | | | 247.13 | | $247.13 |
| 852 Miscellaneous | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | $6,400.00 |
| 860 Postage & Delivery | 274.00 | | | | $274.00 |
| 863 Office expenses | 154.00 | 55.00 | 55.00 | 55.00 | $319.00 |
| 865 Rent | 1,762.36 | 1,762.36 | 1,762.36 | 1,762.36 | $7,049.44 |
| 875 Telephone | 61.21 | 77.82 | 57.52 | 11.90 | $208.45 |
| 878 Travel | | | 1,985.06 | | $1,985.06 |
| 890 Payroll | 33,666.67 | 33,666.67 | 33,666.67 | 33,666.67 | $134,666.68 |
| 891 Payroll Taxes | 2,685.30 | 2,685.30 | 2,673.30 | 2,679.30 | $10,723.20 |
| 895 QuickBooks Payments Fees | 3.15 | | | | $3.15 |
| **Total Expenses** | **$75,008.79** | **$64,918.96** | **$59,720.57** | **$63,941.02** | **$263,589.34** |
| NET OPERATING INCOME | **$ -70,008.79** | **$ -60,018.96** | **$ -54,820.57** | **$ -59,041.02** | **$ -243,889.34** |
| Other Expenses | | | | | |
| Accrued Interest Expense | 26,374.99 | 26,374.99 | 26,374.99 | 26,374.99 | $105,499.96 |
| **Total Other Expenses** | **$26,374.99** | **$26,374.99** | **$26,374.99** | **$26,374.99** | **$105,499.96** |
| NET OTHER INCOME | **$ -26,374.99** | **$ -26,374.99** | **$ -26,374.99** | **$ -26,374.99** | **$ -105,499.96** |
| NET INCOME | **$ -96,383.78** | **$ -86,393.95** | **$ -81,195.56** | **$ -85,416.01** | **$ -349,389.30** |

These financial statements have not been subjected to and audit or review or compilation engagement, and no assurance is provided on them. Substantially all disclosures have been omitted.

# Secured Communications, Inc.

## Statement of Cash Flows

### January - April, 2023

| | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | -349,389.30 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| 130 Accounts Receivable | -2,300.00 |
| 135 Prepaid Expenses | 4,000.00 |
| Credit Card Receivables | 100.00 |
| 300 Accounts Payable (A/P) | 30,957.66 |
| Credit Card (9431) | -349.93 |
| 303.1 Convertible Notes - Current:Accrued Interest - Current | 23,333.32 |
| 352 Accrued Payroll | -739.70 |
| 355 Deferred Revenue | 28,000.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **83,001.35** |
| **Net cash provided by operating activities** | **$ -266,387.95** |
| INVESTING ACTIVITIES | |
| 290 Investment in Secured Communications (UK) Ltd | -15,257.44 |
| **Net cash provided by investing activities** | **$ -15,257.44** |
| FINANCING ACTIVITIES | |
| 320 Convertible Notes | 201,500.00 |
| 320.1 Convertible Notes:Accrued Interest | 82,166.64 |
| **Net cash provided by financing activities** | **$283,666.64** |
| NET CASH INCREASE FOR PERIOD | **$2,021.25** |
| Cash at beginning of period | 3,065.13 |
| CASH AT END OF PERIOD | **$5,086.38** |

These financial statements have not been subjected to and audit or review or compilation engagement, and no assurance is provided on them. Substantially all disclosures have been omitted.